RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

COVER LETTER

Dear : Clerk

Please file this Motion Styled as
NOTICE and Please file Motion
Styled as OBJECTION furthermore
forward to all parties involved in
Cause No. 2005-CR-5327-W1 IN THE
COURT OF APPEALS THIRD JUDICAL DISTRICT
SITTING AT AUSTIN TEXAS


Thank You
Respectfully

Jasson Kody Weathers
Pro-Se # 1358550
Montford Unit
8602 Peach St.
Lubbock, Tx 79404

EX PARTE

V.

JASSON KODY WEATHERS

}
}
}
}
}
}

IN THE COURT OF
APPEALS THIRD JUDICAL
DISTRICT SITTING AT
AUSTIN TEXAS

## NOTICE

Notice: Cause No. 2005-CR-5327-WI styled as EX PARTE V. JASSON KODY WEATHERS has been moved new mailing address is Montford 8602 Peach Street Lubbock, TX 79404 Furthermore any Legal work, Notices, papers, etc., need to be mailed to Jasson Kody Weathers # 1358550 A.K.A JASON WEATHERS # 1358550 Due to Change of address I have not received any of these Documents from Courts of Criminal Appeals if you have sent any such Documents.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Cler.

## DECLARATION

I JASSON KODY WEATHERS hereby swear under penalty of Purjury that this Notice and everything in this notice is true and Correct Signed this day of 12-17 , 2015. See: § 132.001 Vernons TEXAS CODES ANNOTATED sections 121.001 to end.

Signature _Jasson Kody Weathers_
Pro-se # 1358550
Jasson Kody Weathers
Montford Unit
8602 Peach St.
Lubbock, Tx 79404

EX PARTE

V.

JASSON KODY WEATHERS

IN THE COURT OF APPEALS THIRD JUDICAL DISTRICT SITTING AT AUSTIN TEXAS

## NOTICE:

Notice: Cause No. 2005-CR-5327-WI styled as EX PARTE V. JASSON KODY WEATHERS has been moved new mailing address is Montford 8602 Peach Street Lubbock, Tx 79404 Furthermore any legal work, Notices, Papers, etc., need to be mailed to Jasson Kody Weathers # 1358550 A.K.A JASON WEATHERS # 1358550 Due to Change of address I have not received any of these Documents from Courts of Criminal Appeals if you have sent any Such Documents.

## DECLARATION

I JASSON KODY WEATHERS hereby swear under penalty of purjury that this Notice and everything in this notice is true and Correct Signed this day of 12-17 ,2015.
See: § 132.001 Vernons TEXAS CODES ANNOTATED sections 121.001 to end.

Signature _Jasson Kody Weathers_

Pro-se # 1358550
Jasson Kody Weathers
Montford Unit
8602 Peach St.
Lubbock, TX 79404

Page 2 of 2